**Massachusetts Institute of Technology**

**Amanda Johnson**
PhD candidate

**HASTS Program**
Building E51–163

77 Massachusetts Avenue
Cambridge, Massachusetts
02139–4307

Phone   617–253–9759
Fax     617–258–8118
Email   amyj@mit.edu
http://web.mit.edu/hasts/

December 19, 2014

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Dear Coordinator:

Under the Freedom of Information Act, 5 U.S.C. § 552, I hereby request the following records, all of which you may limit to those created between August 1, 2012 and the date that this request is processed:



- A copy of any electronic or written communication, including emails and email attachments, discussing the CIA's public-facing Twitter account, *@CIA*, sent between Twitter, Inc. or a representative thereof, and any employee in the CIA's Office of Public Affairs. The request is meant to include both records sent from Twitter to CIA personnel as well as records sent from CIA personnel to Twitter. This correspondence would exist, as it is a necessary component of the process by which Twitter certifies certain accounts as "verified," and the CIA has a verified Twitter account. CIA Director of Public Affairs Dean Boyd discussed the CIA's use of this verified, public-facing Twitter account on the CBS News story available at http://www.cbsnews.com/news/cia-twitter-account-an-inside-look-cia/.

- A copy of any documents or materials, including but not limited to, guides, manuals, handbooks, policies, or presentations used to instruct or train agency personnel in the use of the agency's public-facing Twitter account, *@CIA*. This request includes any documents that speak to the style or tone that agency personnel are directed to adopt in their use of this account.

- The list of user applications connected to the CIA's public-facing Twitter account, *@CIA*. This record is stored on the *@CIA* Twitter account webpage and can be accessed by logging into the account, clicking on the user icon in the top right corner, selecting "Settings," and then selecting "Apps." It can also be accessed by logging into the account and navigating to the following web address: https://twitter.com/settings/applications.

I also ask that any fees be waived, as I believe this request is in the public interest. I am a researcher in the Massachusetts Institute of Technology's (MIT) Doctoral Program in History, Anthropology, and Science, Technology, and Society (HASTS) as well as a Research Affiliate at the Berkman Center for Internet and Society at Harvard University. I am studying the government's use of social media from an anthropological perspective, and I will be including an original analysis of the requested documents in a research article on that subject, which I will make available to the public, as is custom in my field.

At a minimum, I request that any fees be assessed in accordance with a reduced fee category. I believe that I qualify as an Educational Requester, as my research is sponsored by MIT, an accredited U.S. educational institution, and the requested information will be used in a scholarly work contributing to public knowledge of government activity and disseminated to the public.

In the alternative, I believe that I qualify as a representative of the news media, as I will use my editorial skills to incorporate the requested documents into a distinct work that will be published as well as made available to the general public at two digital repositories known as ProQuest and DSpace, respectively. The requested information, as analyzed, will shed light on the government's use of social media, which is

of current interest to the public. I also write about these issues in Medium, and have previously written in other areas for the *San Francisco Chronicle*.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request be filled electronically by e-mail attachment if possible, or by CD-ROM if not. Please send any physical records to the address located in my signature block.

If you deny any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under the law.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days.

If you have any questions about handling this request, you may telephone me at 510-757-8833.

Sincerely,

Amanda Johnson
Berkman Center for Internet & Society
23 Everett St., 2nd Fl., Cambridge, MA 02138
amyj@mit.edu