**Subject:** RE: Demand for Immediate Production – FOIA Request F-2015-00726
**From:** CIA FOIA <cia_foia@ucia.gov>
**Date:** 4/6/17, 11:46 AM
**To:** 'Andrew Sellars' <sellars@bu.edu>

Mr. Sellars:

      This responds to your email dated 5 April 2017 regarding your demand for immediate production of records submitted on behalf of your client, Ms. Amanda Johnson, pertaining to her 19 December 2015 Freedom of Information Act (FOIA) request. Specifically, her request was for records related to the CIA's social media public-facing twitter account. We are aware of your concern with not having received a final response to your client's request. We receive thousands of FOIA requests a year and with our limited resources we are experiencing a tremendous backlog. Please note, we are making every effort to complete your client's request as soon as possible. We have, and we will again notify the office conducting the search concerning your client's status and demand for final completion. We are making every effort to complete it as soon as possible. As you stated, it is within your right under the FOIA to pursue judicial remediation if you determine that we are not exercising our due diligence, but we wish to inform you that your request is in the process and we are actively working towards its completion.

Thank you,
Information and Privacy Coordinator
Allison Fong

-----Original Message-----
From: Andrew Sellars [mailto:sellars@bu.edu]
Sent: Wednesday, April 05, 2017 5:04 PM
To: CIA FOIA <cia_foia@ucia.gov>
Subject: Demand for Immediate Production – FOIA Request F-2015-00726

To whom it may concern,

Please see the attached letter concerning FOIA Request F-2015-00726.
Please feel to contact me directly if you have any questions.

Sincerely,
Andrew Sellars

--

Andrew Sellars
Director, BU/MIT Technology & Cyberlaw Clinic Boston University School of Law
765 Commonwealth Avenue, Suite 1303B
Boston, Massachusetts 02215
617-358-7377
sellars@bu.edu