Civil Action No.: **1:17–CV–10789–GAO**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ____Central Intelligence Agency____

was received by me on (date) ____May 4, 2017____ .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :   On May 24, 2017, I sent the summons and complaint by certified mail, return receipt requested, to the following entities: U.S. Attorney's Office for the District of Massachusetts, U.S. Attorney General, and the Central Intelligence Agency.

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

____May 24, 2017____
Date

*Server's Signature*

Jessica Martinez, Senior Program Coordinator, Boston University School of Law
*Printed name and title*

Boston University School of Law
765 Commonwealth Ave.
Boston, MA 02215
*Server's Address*

Additional information regarding attempted service, etc: