UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>*Defendant.* )<br>) | Case No. 1:17-cv-10789-JGD |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Amanda Johnson and Defendant Central Intelligence Agency jointly request that this court modify the existing Scheduling Order by adding the additional deadline for the Defendant agency to process Plaintiff's request and deliver the records to Plaintiff by October 20, 2017. Plaintiff and Defendant do not ask to make other alterations to the Scheduling Order, which currently requires the parties file a joint status report proposing a schedule for future filing (if needed) by November 3, 2017.

This is a case under the Freedom of Information Act ("FOIA"), pursuant to a request that Plaintiff filed in December 2014 concerning communications and documents relating to the CIA's use of a public-facing account on the social media platform Twitter, to which the Defendant has yet to respond. After the Complaint was filed, Defendant has stated that they have made progress on the request. In the Joint Statement filed to this Court, as well as at the Scheduling Conference, Defendant committed to responding to Plaintiff's request by September 30, 2017. (L.R. 16(d) Joint Statement 1, ECF No. 10).

Defendant informed Plaintiff in advance of this deadline that they would not be able to process the request in time. Plaintiff has agreed to an extension to October 20, 2017 for Defendant to process the request and deliver the documents to Plaintiff, but only if both parties agree to ask this Court to order production be completed by this date. Plaintiff is concerned that a self-imposed deadline will not be met, given the history of Defendant missing deadlines in this matter for more than two years. (*See* Complaint ¶¶ 16–19, ECF No. 1; Answer ¶¶ 16–19, ECF No. 8). Defendant does not object to this condition.

As further grounds for this motion, the parties state as follows:

(1) Plaintiff Amanda Johnson initiated this lawsuit on May 4, 2017, based on a FOIA request filed December 19, 2014, and received by Defendant on January 2, 2015.

(2) On September 18, 2017, attorneys for Plaintiff and Defendant appeared for a scheduling conference before this Court. Plaintiff and Defendant agreed to a schedule under which the CIA committed to produce responsive documents by September 30, 2017. At the scheduling hearing, Defendant stated that it had located the requested materials, and that the materials were being reviewed by the Agency's Office of the General Counsel in anticipation of delivery to Plaintiff.

(3) On September 29, 2017, the attorney for the Defendant stated in an email that it would not meet the September 30 deadline. In response to this email, Plaintiff and Defendant have conferred and agreed to jointly move the court to modify the Scheduling Order to impose an October 13, 2017 deadline for the CIA to produce responsive documents to Plaintiff's request.

(4) Pursuant to F. R. Civ. P. 16(b)(4) and L.R. 16.1(g), good cause exists to modify this Court's Scheduling Order, because Defendant has failed to comply with deadlines previously

agreed upon by the parties when there was no accompanying Court Order.  (*See* Complaint ¶¶ 16–19, ECF No. 1; Answer ¶¶ 16–19, ECF No. 8).

WHEREFORE the parties respectfully request that this Court:

Modify the September 18, 2017 Scheduling Order, pursuant to Fed. R. Civ. P. 16(b)(4) and L.R. 16.1(g) by ordering that:

- Defendant will respond to Plaintiff's FOIA request, delivering all responsive records by October 20, 2017, at 5pm EDT. If Defendant denies production of any responsive documents, Defendant will at that time include a cover letter or declaration to identify the number of documents denied and the applicable exemptions. Defendant will mark redactions in produced documents with the FOIA exemption number that Defendant regards as applicable.

The parties request no other modifications to the Scheduling Order.

Dated: October 6, 2017                                   Respectfully submitted,

| | |
|---|---|
| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
| By her counsel, | By their attorneys, |
|  /s/ Andrew F. Sellars<br>ANDREW F. SELLARS (BBO No. 682690)<br>BU/MIT Technology & Cyberlaw Clinic<br>Boston University School of Law<br>765 Commonwealth Avenue<br>Boston, MA 02215<br>sellars@bu.edu<br>Tel: (617) 358-7377<br>Fax: (617) 353-6944 | WILLAM D. WEINREB<br>Acting United States Attorney<br><br>By:    /s/ Anita Johnson<br>ANITA JOHNSON (BBO No. 565540)<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way - Suite 9200<br>Boston, MA 02210<br>(617) 748-3266<br>Anita.Johnson@usdoj.gov |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on October 6, 2017.

*/s/ Andrew F. Sellars*