UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 17-cv-10789-GAO |

**ASSENTED-TO DEFENDANT'S MOTION FOR SHORT EXTENSION
TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

The Defendant requests that the Court extend Defendant's time to file its motion for summary judgment in this action up to and including January 23, 2018. The motion is due on January 16, 2018. However, the undersigned has not yet received all of the evidentiary material necessary for preparing Defendant's memorandum. The undersigned has been informed that this material is forthcoming, and the undersigned expects to be in a position to prepare and file Defendant's memorandum by January 23, 2018.

The undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this short extension is allowed.

Counsel for Plaintiff kindly assents to this Motion.

                                      Respectfully submitted,

                                      CENTRAL INTELLIGENCE AGENCY

                                      By their attorneys,

                                      ANDREW E. LELLING
                                      United States Attorney

By:    */s/ Anita Johnson*_____
           ANITA JOHNSON, BBO No. 565540
           Assistant United States Attorney

        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way - Suite 9200
        Boston, MA 02210
        (617) 748-3266
        Anita.Johnson@usdoj.gov

Certificate of Service and Rule 7.1 Conference

    I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff and that I have conferred with said counsel and he has assented to this Motion, both on this eleventh day of January 2018.

        /s/  Anita Johnson