UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMANDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-cv-10789-JGD |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, Defendant, Central Intelligence Agency, requests that the Court enter summary judgment in Defendant's favor because Defendant has conducted a reasonable search for the documents requested by Plaintiff, has produced all documents located in the search, and has redacted portions of those documents in compliance with the exceptions to disclosure set forth in 5 U.S.C. § 552(b).

Respectfully submitted,

CENTRAL INTELLIGENCE AGENCY

By its attorneys,

ANDREW E. LELLING
United States Attorney

By:   */s/ Anita Johnson*
ANITA JOHNSON, BBO No. 565540
Assistant United States Attorney
Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

<u>Certificate of Service</u>

    I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff on this 23d day of January 2018.

                                          */s/ Anita Johnson*