Amanda Johnson v. CIA (17-cv-10789)

| Item | CADRE ID | Title | PubDate | Pgs | Exemptions | Release | Description of Document and Information Withheld |
|---|---|---|---|---|---|---|---|
| 1 | C06468161 | CIA ENCOURAGES ITS OFFICES TO MAKE USE OF SOCIAL MEDIA TOOLS | | 1 | (b)(3)(c) | Released in Part (RIP) | This document is an Office of Public Affairs (OPA) statement. Exemption (b)(3) (CIA Act) was asserted to protect the organization and function of offices within the Agency. |
| 2 | C06468167 | PER OPA'S TWITTER GUIDANCE APPROVED BY OGC AND CIO, CIA WILL ONLY FOLLOW ORGANIZATIONS AND OTHER GOVERNMENT ENTITIES | | 1 | (b)(3)(n), (b)(5) | RIP | This document is an OPA statement. Exemption (b)(3)(Nat Sec Act) was asserted to protect information about intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations of the risks and benefits of certain activities on social media, and the decision making process. |
| 3 | C06695467 | RE: CASE# 42525748: BRAND IMPERSONATION | 10/27/2016 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. |
| 4 | C06695468 | RE: PERISCOPE PRODUCER FOR EVENT ON 9/20/2016 | 9/20/2016 | 2 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 5 | C06695470 | RE: CASE# 38660952: BRAND IMPERSONATION - CIA_IOC | 8/29/2016 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. |
| 6 | C06695471 | RE: CASE# 38660952: BRAND IMPERSONATION - CIA_IOC | 8/29/2016 | 2 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 7 | C06695473 | RE: QUICK NOTE FOR MONDAY | 3/18/2016 | 2 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 8 | C06695475 | RE: MOMENTS MAKER LINK | 2/22/2016 | 5 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 9 | C06695479 | NEED URL FOR MOMENT MAKER | 2/9/2016 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 10 | C06695480 | RE: MOMENTS | 2/1/2016 | 5 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. |
| 11 | C06695483 | RE: X-FILES | 1/25/2016 | 2 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | C06695489 | FW: X-FILES STORY | 1/20/2016 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 13 | C06695490 | RE: 2016 | 12/30/2015 | 3 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 14 | C06695491 | RE: M'UM M'ALOO | 12/22/2015 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 15 | C06695493 | STILL CANT DO ANYTHING WITH FF | 11/20/2015 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 16 | C06695494 | 1M! | 11/13/2015 | 1 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 17 | C06695495 | RE: :( | 11/6/2015 | 4 | (b)(3)(c), (b)(6) | RIP | This document is an Agency email. Exemption (b)(3)(CIA Act) and Exemption (b)(6) were asserted to protect identifying information of CIA personnel. Exemption (b)(6) was also asserted to protect the identities of individuals who were not Agency personnel. |
| 18 | C06696387 | OPA STANDARD OPERATING PROCEDURES: PUBLIC WEB ALLPICATIONS / SOCIAL MEDIA ACCOUNTS | 6/1/2015 | 31 | (b)(3)(c), (b)(3)(n) | RIP | This document sets out OPA Standard Operating Procedures. Expemtions (b)(3)(CIA Act) and (b)(3)(Nat Sec Act) were asserted to protect information about intelligence sources and methods--including guidance regarding security and counter intelligence threats--and the internal structure and detailed functions of CIA offices. |