UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>               Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>               Defendant. | No. 17-cv-10789-JGD<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Rule 56.1, Plaintiff requests that this Court deny Defendant's Motion for Summary Judgment, order Defendant to conduct a more adequate search and disclose improperly withheld records, and allow for additional discovery as is necessary, in response to Plaintiff's request.

    Pursuant to Rule 7.1(d), Plaintiff respectfully requests oral argument in their Opposition to Defendant's Motion for Summary Judgment. Plaintiff believes that oral argument will assist the Court in determination of this matter.

\* \* \*

        Respectfully Submitted,

        AMANDA JOHNSON,

        By her counsel,

         /s/ Andrew F. Sellars
        ANDREW F. SELLARS (BBO No. 682690)
        BU/MIT Technology & Cyberlaw Clinic
        Boston University School of Law
        765 Commonwealth Avenue
        Boston, MA 02215
        sellars@bu.edu
        Tel: (617) 358-7377
        Fax: (617) 353-6944

Dated: February 23, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on February 23, 2018.

         /s/ Andrew F. Sellars