UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　　　　　　Defendant. | Case No. 17-cv-10789-JGD |

**DECLARATION OF ANDREW F. SELLARS**

I, Andrew F. Sellars, hereby depose and state as follows:

**I.    Introduction**

1. I am a Lecturer and Clinical Instructor at Boston University School of Law, and Director of the BU/MIT Technology & Cyberlaw Clinic, a law school clinic. I represent Plaintiff Dr. Amanda Johnson in the above captioned matter.

2. I am licensed to practice law in the Commonwealth of Massachusetts and the State of New York, and admitted to the bar of the United States District Court for the District of Massachusetts.

3. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment in the above-captioned matter. The statements set forth in this declaration are based on my own personal knowledge and investigation unless stated otherwise. These statements are true to the best of my knowledge and belief as of the date I sign this declaration.

**II.     Documents Responsive to Plaintiff's Request**

4.      Attached hereto as **Exhibit A** is a true and correct copy of a document I received from Defendant in response to Plaintiff's FOIA request, marked C06696387, entitled "OPA Standard Operating Procedures: Public Web Applications / Social Media Accounts." The document is marked as "Last Edited: June 2015."

5.      To the best of my knowledge, Defendant has not provided another record in response to Plaintiff's FOIA request which is marked as being created earlier than the date of the record marked as Exhibit A.

6.      Attached hereto as **Exhibit B** is a true and correct copy of a document I received from Defendant in response to Plaintiff's FOIA request, marked C06468167, with no title or given creation date.

7.      Attached hereto as **Exhibit C** is a true and correct copy of a document I received from Defendant in response to Plaintiff's FOIA request, marked C06695489, dated January 20, 2016, and entitled "FW: X-Files Story."

8.      To the best of my knowledge, the record attached as Exhibit C is the sole record documenting intra-agency emails provided in response to Plaintiff's FOIA request, with the exception of the materials marked as Exhibit E below.

9.      Attached hereto as **Exhibit D** are true and correct copies of documents I received from Defendant in response to Plaintiff's FOIA request, marked C06695467 ("Case # 42525748: Brand Impersonation - mkultra_area51"); C06695468 ("Re: Periscope Producer for Event on 9/20/2016"); C06695470 ("Case # 38660952: Brand Impersonation – CIA_IOC"); C06695471 ("Re: FW: Case # 38660952: Brand Impersonation – CIA_IOC"); C06695473 ("Re: Quick note for Monday"); C06695475 ("RE: moments maker link"); C06695480 ("Re: moments");

C06695483 ("Re: x-files"); C06695490 ("RE: 2016"); C06695491 ("RE: M'um m'aloo"); and C06695495 ("RE: :(").

10. To the best of my knowledge, these records constitute all records of email correspondence between Defendant and personnel at Twitter provided in response to Plaintiff's FOIA request, with the exception of the materials marked as Exhibit E below.

11. Attached hereto as **Exhibit E** are true and correct copies of documents I received from Defendant in response to Plaintiff's FOIA request, marked C06695479 ("Need URL for Moment Maker"); C06695493 ("still can't do anything with FF"); and C06695494 ("1M!"). These three materials are emails for which all information about the recipient is unknown, and thus it is unknown whether these emails are intra-agency emails, emails sent to Twitter, or emails sent to an as-yet unidentified third party.

### III.   Other Litigation Material

12. Attached hereto as **Exhibit F** is a true and correct copy of an email I sent on October 25, 2017 to counsel for Defendant, Assistant United States Attorney Anita Johnson, along with the email attachment that is not yet in the record for this case.

13. Attached to the email was also Plaintiff's original FOIA request, *see* Complaint Ex. 1, ECF No. 1-1; the OPA Standard Operating Procedures document attached as Exhibit A to this declaration; the untitled document identified as C06468167 attached as Exhibit B to this declaration; and the General Services Administration listserv emails attached as Exhibit H to this declaration.

14. After additional correspondence, counsel for Defendant informed me via email on November 1, 2017 that Defendant would not review its prior search before briefing summary judgment before the Court.

### IV. Documents from Other FOIA Requests

15. Attached hereto as **Exhibit G** is a true and correct copy of a letter dated October 20, 2015, from General Services Administration FOIA Branch Director Travis Lewis, responding to a Freedom of Information Act request filed by Plaintiff in 2015.

16. Attached hereto as **Exhibit H** are true and correct copies of excerpts from the archives of the email listservs operated by the General Services Administration, including entries dated August 19, 2015; November 1, 2012; and October 25, 2010, which Plaintiff received as part of the FOIA request identified in Exhibit G. These emails include messages sent by CIA.gov Content Manager Elizabeth Licamele, CIA Web Content Manager Carolyn Reams, and an Office of Public Affairs employee identified as "Stacey."

### V. Other Material

17. Attached hereto as **Exhibit I** is a true and correct copy of the webpage Justin Herman, *DigitalGov Podcast: The Secrets Behind CIA Social Media*, DigitalGov (Aug. 25, 2015), https://www.digitalgov.gov/2015/08/25/digitalgov-podcast-the-secrets-behind-cia-social-media/. This page includes audio of an interview by Justin Herman at the General Services Administration ("GSA") with CIA Web Content Manager Carolyn Reams. I retrieved this page on February 22, 2018.

18. Attached hereto as **Exhibit J** is a true and correct copy of the transcript that the GSA's "DigitalGov" project makes available of the audio interview identified in Exhibit I, available at https://s3.amazonaws.com/digitalgov/_legacy-img/2015/08/CIA-Social-Media-Podcast-Aug-2015-Transcript.docx. I retrieved this document on February 22, 2018.

19. I have listened to the excerpts of the audio relevant to this briefing and compared it to the GSA's transcript. The transcript is not a verbatim copy of what was said in the audio interview,

but fairly reflects the substance of what is discussed. The full audio is retrievable at https://s3.amazonaws.com/digitalgov/_legacy-img/2015/08/CIA_Podcast.mp3. In particular, at 16:48 it sounds as though Ms. Reams in fact says, "it took us 11 months to get on social media, which I thought was pretty impressive given our constraints and security concerns," whereas the transcript reports this as, "[i]t took us 11 months to get on social media given our constraints and security concerns." Later at 17:45 it sounds as though Ms. Reams in fact says "we all sort of got together and brainstormed, and we presented four or five of them, uh, to Mr. Brennan, and he picked that one as his favorite," whereas the transcript reports this as, "we presented four and five, he picked that one as the favorite."

20. Attached hereto as **Exhibit K** is a true and correct copy of the webpage *CIA*, Twitter, https://twitter.com/cia (last updated Feb. 20, 2018). I retrieved this page on February 22, 2018.

21. Attached hereto as **Exhibit L** is a true and correct copy of the webpage located at the URL https://web.archive.org/web/20140810181252/https://support.twitter.com/groups/50-welcome-to-twitter/topics/204-the-basics/articles/97942-confirming-your-email-address. To the best of my knowledge and belief, this website is an archived copy of the page that existed as of August 10, 2014 at *Confirming Your Email Address*, Twitter https://support.twitter.com/groups/50-welcome-to-twitter/topics/204-the-basics/articles/97942-confirming-your-email-address (last visited Aug. 10, 2014), created by the California nonprofit organization the Internet Archive. I retrieved this archived page on February 22, 2018.

22. Attached hereto as **Exhibit M** is a true and correct copy of the webpage Erik Wemple, *Want to talk to the CIA? Tweet @CIA*, Wash. Post (June 6, 2014), https://www.washingtonpost.com/blogs/erik-wemple/wp/2014/06/06/want-to-talk-to-the-cia-tweet-cia/. I retrieved this page on February 22, 2018.

23.     Attached hereto as **Exhibit N** is a true and correct copy of the webpage located at the URL https://web.archive.org/web/20130921183146/https://support.twitter.com/groups/51-me/topics/205-account-settings/articles/76052-connecting-or-revoking-third-party-applications. To the best of my knowledge and belief, this website is an archived copy of the page that existed as of September 21, 2013 at *Connecting or Revoking Third-Party Applications*, Twitter, https://support.twitter.com/groups/51-me/topics/205-account-settings/articles/76052-connecting-or-revoking-third-party-applications (last visited Sept. 21, 2013), created by the Internet Archive. I retrieved this archived page on February 22, 2018.

24.     Attached hereto as **Exhibit O** is a true and correct copy of the list of user applications connected to the Twitter account of my law clinic, the Technology & Cyberlaw Clinic, at @techcyberlaw. I retrieved this page by logging into this account on Twitter, and then navigating to *Applications*, Twitter, https://twitter.com/settings/applications. I retrieved this page on February 22, 2018.

25.     Attached hereto as **Exhibit P** is a true and correct copy of the webpage *For All Your Eyes Only: Communicating Secrets @CIA*, South By Southwest, http://panelpicker.sxsw.com/vote/48796 (last visited Feb. 22, 2018). I retrieved this page on February 22, 2018.

26.     Attached hereto as **Exhibit Q** is a true and correct copy of the webpage Amanda Johnson, *Twitter and the Body Parodic: Global Acts of Re-Creation and Recreation*, DSpace@MIT (2017), http://dspace.mit.edu/handle/1721.1/113741. This is the abstract to Plaintiff's PhD thesis from her degree at MIT, which mentions specifically her scholarship concerning government interaction with the public on social media. I retrieved this page on February 22, 2018.

* * *

I declare under penalty of perjury the foregoing statements are true and correct to the best of my knowledge. Executed as of this 23rd day of February, 2018.

*Andrew F. Sellars*

ANDREW F. SELLARS (BBO No. 682690)
BU/MIT Technology & Cyberlaw Clinic
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
sellars@bu.edu
Tel: (617) 358-7377
Fax: (617) 353-6944