# Exhibit O

 **Home**    **Moments**    **Notifications**    **Messages**       Search Twitter    Tweet



**Tech&Cyberlaw Cli...**
@techcyberlaw

| | |
|---|---|
| Account | > |
| Privacy and safety | > |
| Password | > |
| Mobile | > |
| Email notifications | > |
| Notifications | > |
| Web notifications | > |
| Find friends | > |
| Muted accounts | > |
| Muted words | > |
| Blocked accounts | > |
| **Apps** | > |
| Widgets | > |
| Your Twitter data | > |
| Accessibility | > |

© 2018 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info   Brand
Blog   Status   Apps   Jobs   Advertise
Marketing   Businesses   Developers

# Applications

These are the apps that can access your Twitter account. Learn more.

**Facebook Connect**
Post Tweets to your Facebook profile or page.     **Connect to Facebook**

Having trouble? Learn more.

 **Twitter for iPhone**      Learn how to revoke an iOS app.
Twitter for iPhone
Permissions: read, write, and direct messages
Approved: Thursday, September 8, 2016 at 5:53:34 PM

 **Twitter Web Client** by Twitter, Inc.     **Revoke access**
The official client for Twitter.com
Permissions: read and write
Approved: Wednesday, April 13, 2016 at 12:47:48 PM

 **iOS**     **Revoke access**
iOS Twitter integration
Permissions: read and write
Approved: Thursday, September 8, 2016 at 5:53:35 PM

 **DISQUS** by Disqus     **Revoke access**
Disqus is a service and tool for web comments and
discussions.
Permissions: read and write
Approved: Thursday, September 8, 2016 at 11:57:16 AM

 **TweetDeck**     **Revoke access**
TweetDeck is an app that brings more flexibility and insight
to power users.
Permissions: read, write, and direct messages
Approved: Thursday, September 8, 2016 at 12:28:42 AM