UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-cv-10789-GAO |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CORRECTED ASSENTED-TO DEFENDANT'S MOTION
<u>FOR EXTENSION TO FILE REPLY</u>**

The Defendant requests that the Court extend Defendant's time to file its reply to Plaintiff's Opposition to Plaintiff's Motion for Summary Judgment up to and including March 23, 2018.  Both the undersigned and CIA counsel have previously planned vacation leaves in effect now and shortly, which has made it impossible for them to prepare a reply to Plaintiff's 26-page, factually complicated Opposition.

Plaintiff assents to this extension, and the undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this Motion is granted.

        Respectfully submitted,

        CENTRAL INTELLIGENCE AGENCY

        By its attorneys,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Anita Johnson*_____
        ANITA JOHNSON, BBO No. 565540
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse

One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

Certificate of Service and Rule 7.1 Conference

    I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff on this fifth day of March 2018, and that I have conferred with said counsel and he assents to this Motion.

    */s/  Anita Johnson*