UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 17-cv-10789-GAO |
| | ) |
| CENTRAL INTELLIGENCE AGENCY | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ASSENTED-TO DEFENDANT'S MOTION FOR EXTENSION TO FILE REPLY

Defendant requests that the Court extend Defendant's time to file a response to Plaintiff's

Opposition to Motion for Summary Judgment in this action, up to and including March 27, 2018.

The response is due on March 23, 2018.  However, despite diligence, Defendant has not been

able to complete its Reply to Plaintiff's voluminous opposition.  Defendant anticipates that it will

be able to complete the Reply by March 27.

Counsel for Plaintiff assents to this motion.  The undersigned is unaware of any prejudice

to Plaintiff or to the proceedings of the Court if this extension is granted.

Respectfully submitted,

CENTRAL INTELLIGENCE AGENCY

By their attorneys,

ANDREW E. LELLING
United States Attorney

By:   */s/ Anita Johnson_____*
ANITA JOHNSON, BBO No. 565540
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210

1

(617) 748-3266
Anita.Johnson@usdoj.gov


Certificate of Service and Rule 7.1 Conference

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff on this 22d day of March 2018, and that I have conferred with said counsel and he has assented to this Motion.

/s/  Anita Johnson