UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>       Defendant. | No. 17-cv-10789-JGD |

## MOTION TO APPEAR PURSUANT TO STUDENT PRACTICE RULE

1. Pursuant to District of Massachusetts Local Rule 83.5.4, Plaintiff requests that Audra Sawyer, a law student at Boston University School of Law, be admitted to practice before this Court for the purposes of representing Plaintiff in the above captioned matter.

2. Ms. Sawyer is a third-year law student at Boston University School of Law, and has successfully completed courses in evidence and civil procedure. Ms. Sawyer works under the direct supervision of Andrew Sellars, the attorney of record for Plaintiff in this matter, and a Lecturer and Clinical Instructor at Boston University School of Law.

3. Pursuant to Local Rule 83.5.4(c), Ms. Sawyer has done the following:

   a. She has read and agreed to abide by the rules of professional conduct followed by this Court and its local rules;

   b. She has obtained a written certification from the Dean Maureen O'Rourke of Boston University School of Law that Ms. Sawyer meets the qualifications set forth in Local Rule 83.5.4(b);

c. She has obtained a signed document in which the Plaintiff acknowledges having been informed of the student's status and authorizes the student to appear for and represent the client in this litigation;

d. She has appended these documents along with the present Motion.

        Respectfully Submitted,

        AMANDA JOHNSON,

        By her counsel,

        /s/ Audra Sawyer
        AUDRA SAWYER
        Applicant for Student Representative Under Local Rule 83.5.4
        BU/MIT Technology & Cyberlaw Clinic
        Boston University School of Law
        765 Commonwealth Avenue
        Boston, MA 02215
        audra.sawyer@bulawclinics.org
        Tel: (617) 353-6393
        Fax: (617) 353-6944

        /s/ Andrew F. Sellars
        ANDREW F. SELLARS (BBO No. 682690)
        BU/MIT Technology & Cyberlaw Clinic
        Boston University School of Law
        765 Commonwealth Avenue
        Boston, MA 02215
        sellars@bu.edu
        Tel: (617) 358-7377
        Fax: (617) 353-6944

Date: April 3, 2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>                Defendant. | No. 17-cv-10789-JGD |

## **STUDENT ATTORNEY CERTIFICATION**

    I, Audra Sawyer, have read and will abide by the standards of professional conduct set out in Rule 3:07 of the Rules of the Supreme Judicial Court of Massachusetts, and I have read and will abide by the local rules of this District.

                                          /s/ Audra Sawyer

                                          AUDRA SAWYER
                                          Applicant for Student Representative
                                          Under Local Rule 83.5.4
                                          BU/MIT Technology & Cyberlaw Clinic
                                          Boston University School of Law
                                          765 Commonwealth Avenue
                                          Boston, MA 02215
                                          audra.sawyer@bulawclinics.org
                                          Tel: (617) 353-6393
                                          Fax: (617) 353-6944

Date: April 3, 2018

**Boston University** School of Law

765 Commonwealth Avenue
Boston, Massachusetts 02215
T 617-353-3112  F 617-353-7400

Maureen A. O'Rourke
Dean and Professor of Law
Michaels Faculty Research Scholar



April 4, 2018

Robert M. Farrell
Clerk of Court
United States District Court
Office of the Clerk
1 Courthouse Way
Boston, MA 02110

Re: Certification for law student Audra Sawyer to appear before the court in Johnson v. Central Intelligence Agency, No. 1:17-cv-10789-JGD

Dear Mr. Farrell:

    Pursuant to the requirements of the District of Massachusetts Student Practice Rule (Local Rule 83.5.4) I hereby certify Audra Sawyer to appear before the Court on behalf of clients of the Technology & Cyberlaw Clinic at Boston University School of Law. The clinic represents clients in civil proceedings without compensation.

    Ms. Sawyer is a third-year law student at Boston University School of Law, where she is currently enrolled in a year-long clinical instruction program with the Technology & Cyberlaw Clinic, in which students receive academic instruction as well as practical advocacy training and supervision. Ms. Sawyer successfully completed courses for credit in both Evidence and Civil Procedure. She is in good standing at the School, and is, to the best of my knowledge, of good moral character, and has the requisite legal ability and training.

    Ms. Sawyer will appear under the supervision of Andrew Sellars, a Lecturer and Clinical Instructor at Boston University School of Law and the Director of its Technology & Cyberlaw Clinic. Mr. Sellars is admitted to practice before this court. Mr. Sellars is, to the best of my knowledge, of good moral character and legal ability, and is well-trained to fulfill the responsibilities of Ms. Sawyer's supervisor.

Sincerely,

Maureen A. O'Rourke

CC:    Andrew Sellars, Lecturer and Clinical Instructor
           Geraldine Muir, Associate Dean of Student Affairs

BOSTON UNIVERSITY SCHOOL OF LAW
TECHNOLOGY & CYBERLAW CLINIC
CLIENT AUTHORIZATION FOR STUDENT REPRESENTATION
UNDER RULE 83.5.4, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

I acknowledge that I have retained the BU/MIT Technology & Cyberlaw Clinic at Boston University School of Law. The Clinic represents me in the Freedom of Information Act suit that I have filed against the Central Intelligence Agency in the District of Massachusetts, Docket Number 17-cv-10789-JGD. The Clinic is representing me *pro bono* in this matter.

I acknowledge that Audra Sawyer has told me that she is a third-year law student at Boston University School of Law and will be supervised by attorney Andrew Sellars, the Director of the Technology & Cyberlaw Clinic. I hereby authorize Audra Sawyer to appear for and represent me in the above-mentioned litigation.

_____
Amanda Johnson
Client

_/s/ Audra Sawyer_____
Audra Sawyer
Applicant for Law Student
Representative Under L.R. 83.5.4

3/30/2018
Date

3/30/2018
Date

### SUPERVISING ATTORNEY APPROVAL

In my capacity as Supervising Attorney with the BU/MIT Technology and Cyberlaw Clinic at Boston University School of Law, I approve the foregoing Authorization of Student Representation, and I authorize the above-named student to act on behalf of the above named client pursuant to Rule 83.5.4 of the Local Rules of the United States District Court for the District of Massachusetts.

_____
Andrew Sellars
BBO # 682690
Supervising Attorney

30 MARCH 2018
Date

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on April 3, 2018:

1. Motion to Appear Pursuant to Student Practice Rule;

2. Student Attorney Certification;

3. Certification Letter by Dean Maureen O'Rourke; and

4. Client Authorization for Student Representation.

*/s/ Andrew F. Sellars*