# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

IN RE:     **AUDRA SAWYER**

## ORDER OF TEMPORARY ADMISSION

PER CURIAM

The Court, having been advised that **Audra Sawyer**, law student intern at **Boston University School of Law** has met the requirements as stated in Local Rule 83.5.4, Student Law Practice, hereby allows the above named law student intern to proceed under the supervision of Andrew F. Sellars, BBO# 682690 in civil matter *Amanda Johnson v. Central Intelligence Agency, Docket No. 17-cv-10789-JDG* in the Federal Court for the District of Massachusetts until such time as **Audra Sawyer** graduates from her study of law at Boston University Civil Litigation Program.

DATED: 4/9/18

BY: Judith G. Dein
Judith G. Dein
United States Magistrate Judge