UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>       Defendant. | No. 17-cv-10789-JGD |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE RESPONSE
TO DEFENDANT'S SUPPLEMENTAL FILING**

  On Friday Defendant's filed what it styled as a "Supplemental Filing," which has now placed new factual and legal arguments before the Court that were not addressed in the motion practice surrounding Plaintiff's motion for Summary Judgment. This was done without consultation with Plaintiff, although it speculates as to whether Plaintiff would agree to certain aspects of the argument. *See* Def.'s Suppl. Filing in Supp. of Summ. J. 2 n.1, ECF No. 45.

  Plaintiff therefore asks leave of this Court pursuant to Local Rule 7.1(b)(3) to file a response to Defendant's Supplemental Filing, to address the particular question of whether the third portion of Plaintiff's request impermissibly asks Defendant to create a record under the Freedom of Information Act, and Defendant's factual characterization of the record requested as being presently nonexistent.

  Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff has conferred with counsel for Defendant, who assents to this motion.

                                        Respectfully Submitted,

                                        AMANDA JOHNSON,

                                        By her counsel,

                                        /s/ Andrew F. Sellars
                                        ANDREW F. SELLARS (BBO No. 682690)
                                        BU/MIT Technology & Cyberlaw Clinic
                                        Boston University School of Law
                                        765 Commonwealth Avenue
                                        Boston, MA 02215
                                        sellars@bu.edu
                                        Tel: (617) 358-7377
                                        Fax: (617) 353-6944

Date: May 29, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on May 29, 2018.

*/s/ Andrew F. Sellars*