UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-cv-10789-GAO |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SHORT SUR-RESPONSE TO PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL FILING**

Defendant requests leave of the Court to file a short additional response regarding Plaintiff's FOIA request for "a list of user applications connected to the @CIA Account on the Twitter platform." *See* Complaint ¶ 11(c).  With a short additional response, Defendant will be able to clarify the meaning of this request, whether or not the request is for an existing CIA document, and whether the CIA has an obligation under the FOIA to produce it.  This subject was discussed at the Court's hearing, April 11, 2018, and is discussed in Plaintiff's Response to Defendant's Supplemental filing, leaving some confusion that Defendant is, with leave, able to dispel.

Defendant requests leave to file its Sur-Response on or before June 29, 2018.

Counsel for Plaintiff does not oppose this motion, and the undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if leave to file this short additional response is granted.

Respectfully submitted,

CENTRAL INTELLIGENCE AGENCY

        By its attorneys,

            ANDREW E. LELLING
            United States Attorney

By:   */s/ Anita Johnson*_____
      ANITA JOHNSON, BBO No. 565540
      Assistant United States Attorney
      United States Attorney's Office
      John Joseph Moakley U.S. Courthouse
      One Courthouse Way - Suite 9200
      Boston, MA 02210
      (617) 748-3266
      Anita.Johnson@usdoj.gov

<u>Certificate of Service and Rule 7.1 Conference</u>

    I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff and that I have conferred with said counsel and he does not oppose this Motion, on this 20st day of June 2018.

            */s/ Anita Johnson*_____