## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>*Defendant.* )<br>) | Case No. 1:17-cv-10789-JGD |

## JOINT STATUS REPORT

Plaintiff, Dr. Amanda Johnson, and Defendant, the Central Intelligence Agency ("CIA"), submit this Joint Status Report pursuant to the Court's Order dated September 17, 2018. (Memorandum of Decision and Order on Defendant's Motion for Summary Judgment, ECF No. 52). The parties agree on a record production schedule for the remaining documents and submit the following proposal for how this Court should proceed.

To review, on May 4, 2017, Plaintiff filed a complaint with this Court requesting that the Court compel production of three sets of records requested under the Freedom of Information Act on December 19, 2014. (*See* Complaint ¶¶ 11-12, ECF No. 1.) The requested records are:

1. A copy of any electronic or written communication discussing the @CIA Account, including emails and email attachments, sent between Twitter, Inc. or a representative thereof, and any employee in the CIA's Office of Public Affairs;

2. A copy of any documents or materials, including but not limited to, guides, manuals, handbooks, policies, or presentations used to instruct or train agency personnel in the use of the @CIA Account; and

    3. The list of user applications connected to the @CIA Account on the Twitter platform.

(Complaint ¶ 11, ECF No. 1.)

Following briefing and argument on Defendant's Motion for Summary Judgment, this Court issued an order denying Defendant's Motion. (*See* Motion for Summary Judgment, ECF No. 23; Memorandum of Decision and Order, ECF No. 52.). The Court found that while the Defendant's search was "reasonable in some respects, the Agency was unreasonable in limiting its search related to the second request to one Agency department and in failing to search for the document sought in the third request." (Memorandum of Decision and Order at 2, ECF No. 52). The Court further found that while the Defendant "correctly applied Exemption (b)(3), it improperly asserted Exemption (b)(5) and Exemption (b)(6)." (*Id.*) The Court ordered the parties to meet and confer, and file this Joint Status Report, in accordance with the Order.

After correspondence, the parties have agreed to the following schedule for resolution of the remaining issues in this case:

1. Defendant shall re-produce all records that were previously produced with redactions justified under FOIA exemptions (b)(5) and (b)(6), removing said redactions. Defendant will further review all redactions that were jointly marked under FOIA exemptions (b)(3) and (b)(5) or (b)(6), and produce any segregable portions of those records that were withheld for reasons justified under exemptions (b)(5) or (b)(6) alone. Defendant shall deliver these newly-released records in a manner such that they are received by Plaintiff no later than 5pm ET on October 31, 2018.

2. Defendant shall produce the record described in the third part of Plaintiff's request. Any redactions to this document will be supported by a statement or declaration

explaining the basis of such withholding, which will be provided along with the record. The record and any supporting statements or declarations shall be delivered in a manner such that it is received by Plaintiff no later than 5pm ET on October 31, 2018.

3. Defendant will conduct the following additional searches pursuant to Plaintiff's request:

   a. Defendant shall search the CIA Office of Public Affairs ("OPA") for electronic or written communications between Defendant and Twitter, Inc. or a representative thereof, related to the Agency's filing of an impersonation complaint or other request to obtain the "@CIA" account on the Twitter platform, as described in this Court's Order. (*See* Memorandum of Decision of Order at 11–12, ECF No. 52.)

   b. Defendant shall search the records of the CIA's Office of the General Counsel, Chief Information Officer, Web Council, and Publications Review Board for all records related to the second part of Plaintiff's request, as construed by this Court in its Order (*see id.* at 15).

   Defendant shall conduct such searches and provide any responsive records, along with supporting statements or declarations that explain any redacted material, such that they are received by Plaintiff no later than 5pm ET on January 4, 2019.

4. The parties will confer in-person or via telephone conference on or about November 14, 2018; December 12, 2018; and February 1, 2019, to discuss Defendant's progress on the searches described above, the methods of the search, the adequacy of the records produced thereunder, and the basis of any withholding of records.

5. The parties will file a Joint Status Report on February 11, 2019, to apprise this Court of whether further issues remain outstanding in this matter, including the adequacy of Defendant's search and records produced, as well as whether Plaintiff is entitled to compensation for attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E).

The parties request that this Court adopt the schedule set forth above.

Dated: October 9, 2018                                              Respectfully submitted,

| | |
|---|---|
| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
| By her attorney, | By its attorney, |
| /s/ Andrew F. Sellars | ANDREW E. LELLING |
| ANDREW F. SELLARS (BBO No. 682690) | United States Attorney |
| BU/MIT Technology & Cyberlaw Clinic | |
| Boston University School of Law | By: /s/ Anita Johnson |
| 765 Commonwealth Avenue | ANITA JOHNSON (BBO No. 565540) |
| Boston, MA 02215 | Assistant United States Attorney |
| Tel: (617) 358-7377 | United States Attorney's Office |
| Fax: (617) 353-6944 | John Joseph Moakley U.S. Courthouse |
| sellars@bu.edu | One Courthouse Way - Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3266 |
| | Anita.Johnson@usdoj.gov |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on October 9, 2018.

/s/ *Andrew F. Sellars*