# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>      *Plaintiff,*<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>      *Defendant.* | Case No. 1:17-cv-10789-JGD |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4) and L.R. 16.1(g), Plaintiff Dr. Amanda Johnson and Defendant Central Intelligence Agency jointly request that this Court modify the existing Scheduling Order and extend the deadline for submission of a Joint Status Report to March 29, 2019. The report is currently due on February 11, 2019.

As further grounds for this motion, the parties state as follows:

(1) Plaintiff Dr. Amanda Johnson filed this lawsuit on May 4, 2017, based on a Freedom of Information Act ("FOIA") request filed on December 19, 2014.

(2) After an initial production of records, Defendant Central Intelligence Agency moved for Summary Judgment on January 23, 2018.

(3) Following briefing and oral argument, this Court denied Defendant's motion on September 17, 2018, and ordered Defendant to conduct "further searches, affidavits, and productions in accordance with the rulings herein." Memorandum of Decision and Order at 27, ECF No. 52.

(4) On October 9, 2018, parties filed a Joint Status Report (ECF No. 54) to address the Court's order. The parties agreed in the joint status report to a record production schedule, which was then adopted by the Court. (ECF No. 55).

(5) On December 22, 2018, the United States federal government was partially shut down. While Defendant Central Intelligence Agency remained open, Defendant's counsel was furloughed, and thus unable to discuss the case.

(6) On January 4, 2019, pursuant to the schedule above, Defendant produced an additional 305 documents, 302 of which were produced in segregable form with material with sections withheld under FOIA exemptions (b)(3) and (b)(6). An undisclosed amount of additional records were withheld under FOIA exemptions (b)(1), (b)(3), and (b)(6).

(7) The partial government shutdown ended on January 25, 2019. Until then, the parties were unable to confer about the substance of material that has been produced, the adequacy and methods of the Defendant's search, and other outstanding issues.

(8) Since the shutdown ended, counsel for the parties have corresponded about the produced records and are making progress. The parties hope to confer further in the coming weeks in an effort to resolve the issues that Plaintiff may identify.

(9) The parties agree that filing a joint status report by February 11, 2019 would not provide sufficient time to resolve this matter. Therefore, parties request that the deadline be extended until March 29, 2019.

(10) The parties have agreed to file a Joint Status Report on March 29, 2019, to apprise this Court of whether further issues remain outstanding in this matter, including the adequacy of Defendant's search and records produced. Plaintiff also plans to raise the issue of compensation for attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E).

WHEREFORE Plaintiff respectfully request that this Court:

Modify the October 12, 2018 Scheduling Order, ECF No. 55, by extending the deadline for parties to produce a further Joint Status Report from February 11, 2019 to March 29, 2019. The parties request no other modifications to the Scheduling Order.

Dated: February 8, 2019          Respectfully submitted,

| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
|---|---|
| By her counsel, | By their attorneys, |
| /s/ Andrew F. Sellars | ANDREW LELLING |
| ANDREW F. SELLARS (BBO No. 682690) | United States Attorney |
| BU/MIT Technology Law Clinic | |
| Boston University School of Law | By: /s/ Anita Johnson |
| 765 Commonwealth Avenue | ANITA JOHNSON (BBO No. 565540) |
| Boston, MA 02215 | Assistant United States Attorney |
| sellars@bu.edu | United States Attorney's Office |
| Tel: (617) 358-7377 | John Joseph Moakley U.S. Courthouse |
| Fax: (617) 353-6944 | One Courthouse Way - Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3266 |
| | Anita.Johnson@usdoj.gov |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on February 8, 2019.

*/s/ Andrew F. Sellars*