UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> ) <br> *Defendant.* ) <br> ) | Case No. 1:17-cv-10789-JGD |

**JOINT STATUS REPORT**

Plaintiff, Dr. Amanda Johnson, and Defendant, the Central Intelligence Agency ("CIA"), submit this Joint Status Report pursuant to the Court's Order dated October 12, 2018 (Order Adopting Scheduling Order, ECF No. 55) and the Motion to Modify the Scheduling Order, adopted on February 11, 2019 (Electronic Order granting Joint Motion to Modify Scheduling Order, ECF No. 57). The parties agree on a record production schedule for the remaining documents at issue, but need some additional time to complete this review. The parties submit the following proposal for how this Court should proceed.

To review, on May 4, 2017, Plaintiff filed a complaint with this Court requesting that the Court compel production of three sets of records requested under the Freedom of Information Act on December 19, 2014. (*See* Complaint ¶¶ 11-12, ECF No. 1.)  The requested records are:

1. A copy of any electronic or written communication discussing the @CIA Account, including emails and email attachments, sent between Twitter, Inc. or a representative thereof, and any employee in the CIA's Office of Public Affairs;

1

2. A copy of any documents or materials, including but not limited to, guides, manuals, handbooks, policies, or presentations used to instruct or train agency personnel in the use of the @CIA Account; and

3. The list of user applications connected to the @CIA Account on the Twitter platform.

(Complaint ¶ 11, ECF No. 1.)

Following briefing and argument on Defendant's Motion for Summary Judgment, this Court issued an order denying Defendant's Motion. (*See* Motion for Summary Judgment, ECF No. 23; Memorandum of Decision and Order, ECF No. 52.). The Court ordered the parties to meet and confer, and file a Joint Status Report, in accordance with the Order.

On October 9, 2018, the parties filed a Joint Status Report (ECF No. 54) to address the Order. The parties agreed to a record production schedule, which was then adopted by the Court. (ECF No. 55). On January 4, 2019, pursuant to the adopted schedule, Defendant produced an additional 305 documents, 302 of which were produced in segregable form with material with sections withheld under FOIA exemptions (b)(3) and (b)(6). An undisclosed amount of additional records were withheld under FOIA exemptions (b)(1), (b)(3), and (b)(6).

Given the volume of production, the parties filed a joint Motion to Modify the Scheduling Order on February 8, 2019, in which the parties requested that the deadline for filing this Joint Status Report be extended from February 11, 2019 to March 29, 2019. (ECF No. 56). The Court granted the Motion on February 11, 2019 (ECF No. 57).

Plaintiff has since reviewed the documents from the January production and identified items to further discuss with Defendant. Plaintiff provided a detailed Memorandum outlining concerns with both the October 2018 and January 2019 productions, as well as additional records to provide. Defendant requires more time to address the issues noted in the Memorandum.

After discussion, the parties have agreed to the following schedule for resolution of the remaining issues in this case:

1. Defendant shall produce the *Vaughn* Index and the declaration of search such that the *Vaughn* Index is received by the Plaintiff on Monday, April 22, 2019 and the declaration of search is received by the Plaintiff on Friday, May 3, 2019. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). The declaration of search will address any searches Defendant conducted following the Court's order in September 2018. This will allow the parties to discuss any remaining issues with the scope of the search and redacted material.

2. Defendant will produce records in the following stages after producing the above documents:

   a. Any and all responsive records Defendant has identified and approved for production since the last production in January, such that they are received by Plaintiff on Friday, May 3, 2019.

   b. Any and all responsive records Defendant has identified and approved for production since the production on May 3, 2019, such that they are received by Plaintiff on Friday, May 31, 2019.

   c. All remaining outstanding responsive records identified in this request, such that they are received by the Plaintiff on Friday, June 14, 2019.

3. By Friday, June 28, 2019, the parties shall file a Joint Status Report with the Court, apprising the Court of the need for further briefing on either the substance of the request or the appropriateness of fees in this case.

The parties request that this Court adopt the schedule set forth above.

Dated: March 29, 2019

Respectfully submitted,

AMANDA JOHNSON,

By her attorney,

  /s/ Andrew F. Sellars
ANDREW F. SELLARS (BBO No. 682690)
BU/MIT Technology Law Clinic
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
Tel: (617) 358-7377
Fax: (617) 353-6944
sellars@bu.edu

CENTRAL INTELLIGENCE AGENCY,

By its attorney,

ANDREW E. LELLING
United States Attorney

By:   /s/ Anita Johnson
ANITA JOHNSON (BBO No. 565540)
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

4

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on March 29, 2019.

/s/ *Andrew F. Sellars*