UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | C.A. No. 17-cv-10789-GAO |

**JOINT MOTION FOR EXTENSION TO FILE JOINT STATUS REPORT**

The parties request that the Court grant them an extension of two weeks to file their Joint Status Report, which the Court ordered to be filed on June 28, 2019. Defendant has completed its production of documents pursuant to the Court's Decision and Order of September 17, 2018. Plaintiff has raised questions regarding particular documents produced and has also suggested a broader search for documents. Defendant is considering Plaintiff's questions and requests and the parties anticipate being in the position of having discussed them and reporting to the Court by July 12, 2019.

Accordingly, the parties request an extension to file their Joint Status Report on or before July 12, 2019.

Respectfully submitted,

CENTRAL INTELLIGENCE AGENCY

ANDREW E. LELLING
United States Attorney

By:   */s/ Anita Johnson*_____
ANITA JOHNSON, BBO No. 565540
Assistant United States Attorney
United States Attorney's Office

        John Joseph Moakley U.S. Courthouse
        One Courthouse Way - Suite 9200
        Boston, MA 02210
        (617) 748-3266
        Anita.Johnson@usdoj.gov

        AMANDA JOHNSON

By:   *Andrew F. Sellars*
        ANDREW F. SELLARS, BBO No. 682690
        BU/MIT Technology Law Clinic
        Boston University School of Law
        785 Commonwealth Avenue
        Boston MA 02215
        (617) 358-7377
        sellars@bu.edu

<u>Certificate of Service and Rule 7.1 Conference</u>

    I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff on this 27th day of June 2019, and that the parties have conferred and file this motion jointly.

        */s/  Anita Johnson*