UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>               Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><br>               Defendant. | C.A. No. 17-cv-10789-JGD |

**UNOPPOSED MOTION FOR EXTENSION TO FILE JOINT STATUS REPORT**

Plaintiff requests that the Court grant an extension of two weeks to file the next Joint Status Report, which the Court ordered to be filed Friday, October 25, 2019. (ECF No. 67). Before our last Joint Motion for Extension to File the Joint Status Report (ECF No. 66), Plaintiff contacted Defendant with itemized outstanding issues. Defendant did not substantively respond until early this afternoon. The parties have identified some outstanding issues, but anticipate being ready to inform the Court of any outstanding issues by November 8, 2019.

Accordingly, Plaintiff requests an extension to file their Joint Status Report on or before November 8, 2019.

Respectfully submitted,

AMANDA JOHNSON

By:   */s/ Andrew F. Sellars*
        ANDREW F. SELLARS, BBO No. 682690
        BU/MIT Technology Law Clinic
        Boston University School of Law
        785 Commonwealth Avenue
        Boston MA 02215
        (617) 358-7377
        sellars@bu.edu

Certificate of Service and Rule 7.1 Conference

      I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Defendant on this 25th day of October 2019, and that the parties have conferred and file this motion jointly.

*/s/ Andrew F. Sellars*