UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-cv-10789-JGD |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ASSENTED-TO DEFENDANT'S MOTION FOR EXTENSION FOR PARTIES TO FILE MOTIONS FOR SUMMARY JUDGMENTS, OPPOSITIONS AND REPLIES**

The Court set a schedule for filing dispositive motions on the remaining issues in this action on March 24, 2020. Defendant requests that the Court grant a further extension. This request is necessary because Defendant will be unable to complete its brief by that time. Regrettably, the government shutdown due to the coronavirus has resulted in agency counsel being directed to leave the office; they are not working at home and are not available for consultation and assistance. The undersigned has been authorized to work at home, but has been unable to prepare and complete the motion without assistance of agency counsel and in view of the technical difficulties and delays experienced in working from home. Defendant requests that the Court grant Defendant an additional two weeks to file its motion. Defendant also requests that the deadlines for the parties' oppositions to motions for summary judgment and the parties' replies to oppositions each be extended for two weeks.

The dates for filing, if granted by the Court, are April 7, 2020, for the filing of the parties' motions for summary judgment, April 21, 2020, for oppositions, and May 5, 2020, for replies, if any.

Plaintiff assents to this motion. The undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this Motion is granted.

>Respectfully submitted,
>
>CENTRAL INTELLIGENCE AGENCY
>
>By its attorneys,
>
>ANDREW E. LELLING
>United States Attorney

By: */s/ Anita Johnson*_____
ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

Certificate of Service and Rule 7.1 Conference

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff and that I have conferred with said counsel and he assents to this Motion, both on this nineteenth day of March 2020.

>*/s/ Anita Johnson*_____
>Assistant U.S. Attorney