UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-cv-10789-JGD |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ASSENTED-TO DEFENDANT'S SECOND MOTION FOR EXTENSION
FOR PARTIES TO FILE MOTIONS FOR SUMMARY JUDGMENT**

The Court has set a schedule for filing dispositive motions on the remaining issues in this action on this day, April 7, 2020.  Defendant requests that the Court grant a further extension. This request is necessary because Defendant has been unable to complete its brief at this time. Regrettably, the government shutdown due to the coronavirus has resulted in agency counsel and freedom of information staff being directed to leave the office. These agency employees are not permitted to work at home due to the security concerns of the agency.  They are not working at home and are not available for consultation and assistance.  The undersigned has been authorized to work at home, but has been unable to prepare and complete the motion without consultation and assistance of agency counsel and freedom of information staff.  It is unknown how long agency employees will be unable to work, but at this point, the undersigned and counsel for Plaintiff suggest the following schedule:

June 3, 2020:  The parties' cross motions for summary judgment due.

June 24, 2020:  Oppositions to motions for summary judgment due.

July 15, 2020:  Reply briefs due.

1

Plaintiff assents to this motion.  The undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this Motion is granted.

>Respectfully submitted,
>
>CENTRAL INTELLIGENCE AGENCY
>
>By its attorneys,
>
>ANDREW E. LELLING
>United States Attorney

By:    */s/ Anita Johnson*_____
       ANITA JOHNSON
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       One Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3266
       Anita.Johnson@usdoj.gov

Certificate of Service and Rule 7.1 Conference

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff on this seventh day of April 2020, and that on April 6, 2020, I conferred with said counsel and he assented to this Motion.

>*/s/ Anita Johnson*_____
>Assistant U.S. Attorney