UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><br>                    Defendant. | Case No. 17-cv-10789 |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56.1, Plaintiff now cross-moves for Summary Judgment. As grounds, Plaintiff refers to the accompanying memorandum of law and statement of undisputed material facts.

Plaintiff specifically requests that the Court enter judgment that:

(a)     Defendant Central Intelligence Agency shall provide a renewed declaration detailing the search of its Information Management Services ("IMS"). Such declaration must include, at a minimum, the following:

(1) A description of IMS' record systems. Such a description must (i) identify, by both name and description of contents, all record systems that contain IMS records; and (ii) explain which record systems were searched, and if any systems containing IMS records were not searched, the basis for not searching those systems.

(2) A description of how Defendant used search terms when searching IMS record systems via queries to electronic databases. Such a description should indicate (i) every search term or series of search terms used; (ii) how such search terms were combined; (iii) whether some

or all of the terms needed to be present for a record to be deemed responsive; (iv) whether searches included the body of records or only their titles; and (iv) whether Defendant then removed any search results from the responsive records before producing them to Plaintiff, and if so, what those methods were and how they ensured that no responsive records were incorrectly removed.

(b) Defendant shall search the personal email accounts used by its Office of Public Affairs staff for records responsive to Plaintiff's request.

(c) Defendant shall search the Office of the Director of the CIA for records responsive to Plaintiff's request.

(d) Defendant shall produce a renewed copy of the record labeled C06779112, removing all redactions covering discussion of the "brand impersonation" account and any other information for which an Freedom of Information Act exemption does not apply, or in the alternative, submit a fully unredacted copy of said record for *in camera* review by the Court to determine whether it contains any reasonably segregable information.

Respectfully Submitted,

AMANDA JOHNSON

By her counsel,

/s/ Andrew F. Sellars
ANDREW F. SELLARS (BBO No. 682690)
BU/MIT Technology Law Clinic
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
sellars@bu.edu
Tel:  (617) 358-7377
Fax:  (617) 353-6944

Dated: July 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on July 10, 2020.

                                                           /s/ Andrew F. Sellars