UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 17-cv-10789-JGD |

## DEFENDANT CIA'S SECOND MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, Defendant United States Central Intelligence Agency requests that summary judgment be granted in its favor.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

*/s/ Anita Johnson*
ANITA JOHNSON
Assistant U.S. Attorney
U.S. Attorney's Office
Moakley United States Courthouse
One Courthouse Way, Ste. 9200
Boston MA 02210

Certificate of Service

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically, on this tenth day of July 2020.

*/s/ Anita Johnson*
Assistant U.S. Attorney