UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>*Defendant.* )<br>) | Case No. 1:17-cv-10789-JGD |

## JOINT MOTION TO SUSPEND BRIEFING AND ADOPT SCHEDULE
## FOR FURTHER PROCEEDINGS

Plaintiff, Dr. Amanda Johnson, and Defendant, the Central Intelligence Agency ("Agency"), request that the Court suspend the remainder of its January 23, 2020, Briefing Order (ECF No. 75) since extended in part due to the COVID-19 pandemic (ECF Nos. 78, 80, 82, 84, 91, 93). The parties have engaged in settlement negotiations over the past few weeks and have exchanged multiple proposals for settlement. The proposals have been technical and both parties have invested thought and energy in them. The parties appear to agree with respect to identifying the outstanding issues and agree that settlement discussions have been conducted in earnest and may be successful in whole or in part.

Accordingly, the parties request that the Court suspend the present briefing schedule and order as follows:

1. No later than September 18, 2020, the parties shall file a Joint Status Report that apprises this Court of whether further issues remain outstanding in the matter, and if the parties wish to proceed briefing on and of the points raised in their cross-motions for Summary Judgment (ECF Nos. 85, 87).

2. That the oral argument scheduled for September 4, 2020, is delayed until such time as

1

the parties conclude that they are unable to reach a resolution of one or more of the remaining issues and the parties' remaining briefing has been conducted.

The parties request that the Court adopt the schedule set forth above.

Respectfully submitted,

| | |
|---|---|
| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
| By her attorney, | By its attorney, |
| /s/ Andrew F. Sellars | ANDREW E. LELLING |
| ANDREW F. SELLARS (BBO No. 682690) | United States Attorney |
| BU/MIT Technology Law Clinic | |
| Boston University School of Law | By: /s/ Anita Johnson |
| 765 Commonwealth Avenue | ANITA JOHNSON (BBO No. 565540) |
| Boston, MA 02215 | Assistant United States Attorney |
| Tel: (617) 358-7377 | United States Attorney's Office |
| Fax: (617) 353-6944 | John Joseph Moakley U.S. Courthouse |
| sellars@bu.edu | One Courthouse Way - Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3266 |
| | Anita.Johnson@usdoj.gov |

Dated: August 16, 2020

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on August 16, 2020.

*/s/ Andrew F. Sellars*