UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 1:17-cv-10789-JGD |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**JOINT STATUS REPORT**

Plaintiff, Dr. Amanda Johnson, and Defendant, Central Intelligence Agency ("CIA"), submit this Joint Status Report pursuant to the Court's order dated August 17, 2020. (ECF No. 96). The parties have reached an agreement in principle over the issues that were previously being litigated on cross-motions for summary judgment (ECF Nos. 85, 87) and seek a short period of time to finalize that agreement.

Therefore, the parties propose that the parties file a Joint Status Report no later than **September 30, 2020** apprising the Court of any additional outstanding issues in the case.

The parties hereby request that this Court adopt the schedule set forth above.

1

Respectfully submitted,

| | |
|---|---|
| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
| By her attorney, | By its attorney, |
| /s/ Andrew F. Sellars | ANDREW E. LELLING |
| ANDREW F. SELLARS (BBO No. 682690) | United States Attorney |
| BU/MIT Technology Law Clinic | |
| Boston University School of Law | By:   /s/ Anita Johnson |
| 765 Commonwealth Avenue | ANITA JOHNSON (BBO No. 565540) |
| Boston, MA 02215 | Assistant United States Attorney |
| Tel: (617) 358-7377 | United States Attorney's Office |
| Fax: (617) 353-6944 | John Joseph Moakley U.S. Courthouse |
| sellars@bu.edu | One Courthouse Way - Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3266 |
| | Anita.Johnson@usdoj.gov |

Dated: September 18, 2020

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on September 18, 2020.

*/s/ Andrew F. Sellars*