UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>*Defendant* )<br>) | Case No. 1:17-cv-10789-JGD |

**JOINT STATUS REPORT,**
**JOINT MOTION FOR STAY OF PROCEEDINGS**

Plaintiff, Dr. Amanda Johnson, and Defendant, Central Intelligence Agency ("CIA"), submit this Joint Status Report pursuant to the Court's order dated September 30, 2020. (ECF No. 100). The parties respectfully request the Court to stay all proceedings in the above entitled matter until **November 18, 2020** to allow for the completion of the parties' settlement agreement.

As grounds therefore, the parties state as follows:

1. The parties have reached an agreement addressing the issues that were previously being litigated on cross-motions for summary judgment (ECF Nos. 85, 87) and now require additional time to execute the terms of that agreement, which will include some additional searches and productions of records; and

2. The parties therefore respectfully request that the Court stay this case until such time that the parties are able to complete their obligations under the agreement, after which time the parties presently anticipate that the Plaintiff will file a stipulation of dismissal.

WHEREFORE the parties respectfully request that the Court stay this proceeding until **November 18, 2020**. The parties shall file a stipulation of dismissal or joint status report on said date.

    Respectfully submitted,

| | |
|---|---|
| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
| By her attorney, | By its attorney, |
|   /s/ Andrew F. Sellars<br>ANDREW F. SELLARS (BBO No. 682690)<br>BU/MIT Technology Law Clinic<br>Boston University School of Law<br>765 Commonwealth Avenue<br>Boston, MA 02215<br>Tel: (617) 358-7377<br>Fax: (617) 353-6944<br>sellars@bu.edu | ANDREW E. LELLING<br>United States Attorney<br><br>By:   /s/  Anita Johnson<br>ANITA JOHNSON (BBO No. 565540)<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way - Suite 9200<br>Boston, MA 02210<br>(617) 748-3266<br>Anita.Johnson@usdoj.gov |

Dated: September 30, 2020

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on September 30, 2020.

*/s/ Andrew F. Sellars*