UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMANDA JOHNSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No.  17-10789-JGD<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant Central Intelligence Agency.

                                    Respectfully submitted,

                                    ANDREW E. LELLING
                                    United States Attorney,

By:   */s/ Michael Sady*
        Michael Sady (BBO #552934)
        Assistant U.S. Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100
        Michael.Sady@usdoj.gov

Date:  November 16, 2020