UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | C.A. No. 17-cv-10789-JGD |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Anita Johnson withdraws her appearance as counsel for the Defendant in the above-captioned matter.

Assistant United States Attorney Michael Sady will continue as counsel for the Defendant.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Date: November 16, 2020     By:   */s/ Anita Johnson*
ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston MA 02210
(617) 748-3100
Anita.Johnson@usdoj.gov