UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 1:17-cv-10789-JGD |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**JOINT STATUS REPORT**

Plaintiff, Dr. Amanda Johnson, and Defendant, Central Intelligence Agency ("CIA"), submit this Joint Status Report pursuant to the parties' prior Joint Status Report and Motion to Stay Proceedings dated September 30, 2020 (ECF No. 101). Pursuant to the settlement agreement, the parties have resolved all substantive issues remaining in this case, but seek a period of time to negotiate on the appropriateness and amount of attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E).

Therefore, the parties propose that the parties file a Joint Status Report no later than **December 9, 2020** apprising the Court on the results of their negotiations.

The parties hereby request that this Court adopt the schedule set forth above.

Respectfully submitted,

| | |
|---|---|
| AMANDA JOHNSON, | CENTRAL INTELLIGENCE AGENCY, |
| By her attorney, | By its attorney, |
| /s/ Andrew F. Sellars | ANDREW E. LELLING |
| ANDREW F. SELLARS (BBO No. 682690) | United States Attorney |
| BU/MIT Technology Law Clinic | |
| Boston University School of Law | By:  /s/ Michael Sady |
| 765 Commonwealth Avenue | MICHAEL SADY (BBO No. 552934) |
| Boston, MA 02215 | Assistant United States Attorney |
| Tel: (617) 358-7377 | United States Attorney's Office |
| Fax: (617) 353-6944 | John Joseph Moakley U.S. Courthouse |
| sellars@bu.edu | One Courthouse Way - Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3362 |
| | Michael.sady@usdoj.gov |

Dated: November 20, 2020

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on November 20, 2020.

*/s/ Andrew F. Sellars*