# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMANDA JOHNSON | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-10789-JGD |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff, Dr. Amanda Johnson, and Defendant, the Central Intelligence Agency ("CIA"), submit this Joint Status Report pursuant to the Court's order on February 1, 2021 (ECF 111).

The parties have reached an agreement on costs and attorneys' fees. The parties request fourteen (14) days to memorialize the terms in a full and final settlement agreement, at which time they intend to file a Stipulation of Dismissal.

The parties thank the Court for its patience as they worked to reach this resolution, and request that this Court provide the parties until March 19, 2021 to conclude this matter.

1

Respectfully submitted,


AMANDA JOHNSON,                          CENTRAL INTELLIGENCE AGENCY,

By her attorney,                         By its attorney,

  /s/ Andrew F. Sellars                  NATHANIEL MENDELL
ANDREW F. SELLARS (BBO No. 682690)       Acting United States Attorney
BU/MIT Technology Law Clinic
Boston University School of Law          By:   /s/ Michael Sady
765 Commonwealth Avenue                  MICHAEL SADY (BBO No. 552934)
Boston, MA 02215                         Assistant United States Attorney
Tel: (617) 358-7377                      United States Attorney's Office
Fax: (617) 353-6944                      John Joseph Moakley U.S. Courthouse
sellars@bu.edu                           One Courthouse Way - Suite 9200
                                         Boston, MA 02210
                                         (617) 748-3266
                                         Michael.saday@usdoj.gov


Dated: March 5, 2021

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on March 5, 2021.

*/s/ Andrew F. Sellars*