UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br><br>　　　　　　　　Defendant. | C.A. No. 17-cv-10789-JGD |

### STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, and without costs, all rights of appeal being dismissed.

Dated: March 19, 2021

| | |
|---|---|
| AMANDA JOHNSON,<br><br>By her attorney,<br><br>　/s/ Andrew F. Sellars　<br>ANDREW F. SELLARS (BBO No. 682690)<br>BU/MIT Technology Law Clinic<br>Boston University School of Law<br>765 Commonwealth Avenue<br>Boston, MA 02215<br>Tel: (617) 358-7377<br>Fax: (617) 353-6944<br>sellars@bu.edu | CENTRAL INTELLIGENCE AGENCY,<br><br>By its attorney,<br><br>NATHANIEL MENDELL<br>Acting United States Attorney<br><br>By: */s/ Michael Sady*<br>MICHAEL SADY (BBO No. 552934)<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way - Suite 9200<br>Boston, MA 02210<br>(617) 748-3266<br>Michael.saday@usdoj.gov |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, on March 19, 2021.

*/s/ Andrew F. Sellars*
